# United States Bankruptcy Court
## Northern District of Ohio

In re: Washington Properties, Inc.
Debtor(s)

Case No. 16-50883
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Washington Properties, Inc. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April 18, 2016
Date

/s/ Kathryn A. Belfance
Kathryn A. Belfance 0018035
Signature of Attorney or Litigant
Counsel for Washington Properties, Inc.
Roderick Linton Belfance LLP
50 South Main Street, Suite 1000
Akron, OH 44308
330-434-3000 Fax:330-434-9220
kb@rlbllp.com