Fill in this information to identify the case:

Debtor name: Washington Properties, Inc.
United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO
Case number (if known): 16-50883

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders[1]

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amish Country Essentials, LLC 156 E. Liberty Street, Wooster, OH 44691 | | Security Deposit | Contingent | | | $3,210.56 |
| Balance of Life Clinic Attn: Dr. Clifford M. Sonnie; 3985 Medina Road, Suite 250, Medina, OH 44256 | (330) 764-4242 | Security deposit | Contingent | | | $3,724.08 |
| Community Health Resources; 944 Cherry Street, East, Canal Fulton, OH 44614 | (330) 723-6060 | Security Deposit | Contingent | | | $6,941.63 |
| Residential Mortgage Service, 24 Christoper Toppi, S. Portland, ME 04106 | (234) 231-7350 | Security Deposit | Contingent | | | $3,105.00 |
| FirstMerit Bank, N.A. III Cascade Plaza Akron, OH 44308 | | Mortgage loan | | $7,585,332 (Western Reserve) | $6,380,000 | $1,205,332.00 |
| Hospice of Medina County, 313-317 S. Court Street, Medina OH 44256 | Amy Wermer (330) 723-2045 | Security Deposit | Contingent | | | $5,576.69 |
| Mohan Kareti, Inc., c/o Geetha Kareti, 805 E. Washington Street, Medina, OH 44256 | (330) 721-4477 | Security Deposit | Contingent | | | $6,954.81 |

| Debtor | Washington Properties, Inc. | | | Case number (if known) | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Novacare Rehabilitation of Ohio, c/o Select Medical Corporation, 4714 Gettysburg Road, Mechanicsburg, PA 17055 | (610) 992-7392 | Security Deposit | Contingent | | | $3,386.14 |
| Otis Elevator, 1450 Firestone Parkway, Suite A, Akron, OH 44301 | David Blatter (800) 233-6847 | Security deposit | Contingent | | | $5,153.80 |
| Rakesh Ranjan MD, Attn: Anish Ranjan, Business Manager, 12395 McCracken Road, Suite A, Cleveland, OH 44125 | (330) 722-1069 | Security deposit | Contingent | | | $3,183.33 |
| Service Master Janitorial, P.O. Box 1471, Wooster, OH 44691 | (330) 698-6606 | Cleaning service | | | | $8,884.92 |
| Service Master Janitorial, P.O. Box 1471, Wooster, OH 44691 | (330) 698-6606 | Cleaning service | | | | $61,036.00 |
| Silicon Sources, Inc. 807 E. Washington St., Suite 210, Medina, OH 44256 | (330) 725-5297 | Security Deposit | Contingent | | | $4,379.76 |
| State Farm Mutual Auto Insurance 3985 Medina Road, Suite 100, Medina, OH 44256 | (740) 364-5730 | Security Deposit | Contingent | | | $3,312.02 |
| Suen Corp. 18 Public Square, Medina, OH 44256 | (330) 722-1899 | Security deposit | Contingent | | | $3,200.00 |
| Vestige, LTD. Attn: Damon Hacker, 23 Public Square, Suite 250, Medina, OH 44256 | (330) 721-1205 | Security deposit | Contingent | | | $4,398.74 |
| Gary L. Dehass 3363 Hardwood Hollow, Medina, OH 44256 | (330) 723-8247 | Note payable | | | | $30,000.00 |
| Wayne County Treasurer, 428 W. Liberty Street, Wooster, OH 44691 | (330) 287-5450 | Real Estate Taxes | | | | $3,177.00 |

| Debtor | Washington Properties, Inc. | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Westfield Bank FSB<br>Two Park Circle<br>P.O. Box 5002,<br>Westfield Center, OH 44251 | Kevin Vonderau<br>(330) 764-3131 | Security Deposit | Contingent | | | $38,309.15 |
| Woodhaven Partners, LLC, 2863 Woodhaven Drive, Medina, OH 44256 | Karen & George Sobieraj<br><br>(330) 592-4212 | Note payable | | | | $250,000.00 |

1 - In lieu of filing separate lists the following Debtors, Washinton Properties, Inc., Western Reserve of Medina, Ltd., and MRR Properties, LLC, are filing a consolidated list of the Debtors' creditors holding the 20 largest unsecured claims.

**Fill in this information to identify the case:**

Debtor name: Washington Properties, Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known): 16-50883

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 18, 2016     X /s/ Michael R. Rose
                                 Signature of individual signing on behalf of debtor

                                 Michael R. Rose
                                 Printed name

                                 President & Chief Executive Officer
                                 Position or relationship to debtor